# Court of Appeals
# of the State of Georgia

ATLANTA,　March 14, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1032.　CITY OF MANSFIELD v. GEORGIA TRANSMISSION CORPORATION.**

In this direct appeal from a condemnation action, the City of Mansfield seeks review of the trial court's October 1, 2012, order denying its motion to dismiss. Appellee Georgia Transmission Corporation has filed a motion to dismiss this appeal for failure to comply with the interlocutory appeal requirements.

As the October 1 order reflects, issues – including the property's value – remain pending before the trial court. Because the case remains pending below, the City was required to follow the interlocutory appeal procedures to obtain immediate review of the October 1 order. See OCGA § 5-6-34 (b); *Fountain v. DeKalb County*, 238 Ga. 14 (231 SE2d 49) (1976). The City's failure to do so deprives this Court of jurisdiction. Accordingly, the appellee's motion is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*　03/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*